IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Skidmore, Lynn C

Printed: 11/27/07

Case Number: 07 B 10218
Judge: Wedoff, Eugene R

Filed: 6/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: September 12, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 975.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 922.35 |
| Trustee Fee: |  | 52.65 |
| Other Funds: |  | 0.00 |
| Totals: | 975.00 | 975.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Serpe, Dizonno, Lynch & Associates LLP | Administrative | 2,919.00 | 922.35 |
| 2. | Willow Creek Commons | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Barclays Capital Real Estate | Secured | 21,118.20 | 0.00 |
| 5. | Capital One | Unsecured | 131.23 | 0.00 |
| 6. | Northwest Community Hospital | Unsecured | 156.43 | 0.00 |
| 7. | Alexius Medical Center | Unsecured | 153.82 | 0.00 |
| 8. | Activity Collection Svc | Unsecured | 33.00 | 0.00 |
| 9. | B-Real LLC | Unsecured | 82.60 | 0.00 |
| 10. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 11. | ACL Laboratories | Unsecured |  | No Claim Filed |
| 12. | ACL Laboratories | Unsecured |  | No Claim Filed |
| 13. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 14. | ACL Laboratories | Unsecured |  | No Claim Filed |
| 15. | Alexian Brothers | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 18. | Chase | Unsecured |  | No Claim Filed |
| 19. | Encore | Unsecured |  | No Claim Filed |
| 20. | Family Medicine | Unsecured |  | No Claim Filed |
| 21. | Northwest Suburban Urologist | Unsecured |  | No Claim Filed |
| 22. | Illinois Bone & Joint Institute | Unsecured |  | No Claim Filed |
| 23. | Jura Adams  MD | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Medical Center | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Skidmore, Lynn C | Case Number: 07 B 10218 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/27/07 | Filed: 6/7/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Medical Center | Unsecured | | No Claim Filed |
| 27. | Radiological Consultants | Unsecured | | No Claim Filed |
| 28. | Infectious Disease Consultants | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,594.28 | $ 922.35 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 52.65 |
| | _____ |
| | $ 52.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_